UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHERINE HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF NORTH CAROLINA, ROY COOPER, )<br>NORTH CAROLINA DEPARTMENT OF )<br>PUBLIC INSTRUCTION, MARK JOHNSON, )<br>CHERYL AUGER, GARY AUSTIN, and BARRY )<br>SHEPHERD )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-186-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court is satisfied that there is no clear error on the face of the record and accepts the Magistrate Judge's recommendation. Plaintiff's allegations of wrongful conduct are from 2007 and 2008, and the statute of limitations for her claims expired, at the latest, in October 2011. Her claims cannot proceed. The Court ADOPTS the Magistrate Judge's M&R. [DE 10]. Plaintiff's case is DISMISSED.

**This Judgment Filed and Entered on August 29, 2018, and Copies To:**

Katherine Harris                                              (via CM/ECF electronic notification)

DATE:                                                         PETER A. MOORE, JR., CLERK

August 29, 2018                                               (By) /s/ Nicole Sellers
                                                              Deputy Clerk